THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MONTONE | : |
| Plaintiff | : |
| v. | : 3:11-CV-2252 |
| | : (JUDGE MARIANI) |
| SCHUYLKILL HEALTH SYSTEM | : |
| Defendant | : |

## ORDER

**AND NOW, THIS 3RD DAY OF JULY 2014**, upon consideration of Defendant Schuylkill Heath System's Motion for Summary Judgment (Doc. 28), and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment of Count IV (Family and Medical Leave Act retaliation) is **DENIED**.

2. Because Plaintiff expressly withdraws Counts I-III, and V (discrimination and retaliation under the Americans with Disabilities Act, Family and Medical Leave Act interference, and violations of the Pennsylvania Human Relations Act) (see Doc. 35 at 1 & n.1), Counts I-III, and V are **DISMISSED WITH PREJUDICE.**

3. A telephone scheduling conference will be held on **TUESDAY, JULY 22, 2014 at 10:45 AM**. Counsel for plaintiff is responsible for arranging the call to (570) 207-

5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge